IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZANE MICHAEL FIELDS | Criminal Action No.<br><br>1:19-CR-0223-WMR |

**Government's Motion for Leave to File Dismissal**

It appearing in the above-styled case, that Defendant Zane Michael Fields successfully completed pretrial diversion, the Indictment, filed June 12, 2019, charging violations of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and Section 2, Counts 1-3 are dismissed as to Zane Michael Fields and Movant prays leave of Court to file the same.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

*/s/ Gregory E. Radics*
By:   Gregory E. Radics
*Assistant United States Attorney*
Georgia Bar No. 591724
Gregory.Radics@usdoj.gov

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

---

**Order**

Now, to-wit, on the _____ day of _____, 20___, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

WILLIAM M. RAY II
UNITED STATES DISTRICT JUDGE